## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **In re: Anthony G. Catanzano,** <br> **Debtor** | **Chapter 7** <br> **Case No. 15-10626** |

## MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C § 522(F)(2)

NOW COMES Anthony G. Catanzano and hereby moves this Honorable Court pursuant to 11 U.S.C. § 522(f) and the Federal Rules of Bankruptcy Procedure 4003(d) and 9014, to enter an order avoiding the judicial lien held by Midland Funding, LLC As Assignee of Chase Bank USA NA/Disney ("Midland Funding") on the Debtor's primary residence located at 20 Grace Drive, Wilmington, Massachusetts (the "Property"). In support of this Motion, the Debtor states the following:

1.    This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334(a). This matter is a core proceeding as provided by 28 U.S.C. § 157(b)(2)(K).

2.    The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on February 25, 2015.

3.    The Debtor is entitled to an exemption in the Property in the amount of $500,000.00 pursuant to MGL c. 188 § 1.

4.    The Debtor's Property has a fair market value of $520,520.00. This valuation is based upon a Competitive Market Analysis performed by J Barrett Company, a copy of which is annexed hereto.

5.    The Property is subject to the following mortgages, judicial liens, and/or non-possessory, non-purchase money security interests:

| Type of lien/interest | Holder of lien/interest | Date lien/interest originated/arose | Original amount of lien/interest | Outstanding balance of lien/interest |
|---|---|---|---|---|
| First Mortgage | Green Tree Mortgage |  |  | $291,915.23 |
| Second Mortgage | TD Bank |  |  | $ 42,636.67 |
| Junior Mortgage | Small Business Administration |  |  | $ 23,439.70 |

| Judgment lien | Discover Bank | 4/01/2011 | $ 12,216.31 | $ 16,614.81 |
| Judgment lien | Midland Funding | 9/12/2012 | $ 6,908.60 | $ 9,119.38 |

6.  Midland Funding's lien arose from an execution on a money judgement entered in the Woburn District Court on September 9, 2012 in the matter of Midland Funding, LLC As Assignee of Chase Bank USA NA/Disney v. Anthony Catanzano, docket number 1053 CV000632. The execution is a judicial lien and not a statutory lien. The execution is recorded in the Middlesex Registry of Deeds in Book 26463, Pg 270.

7.  Section 522(f)(2)(A) of the Bankruptcy Code provides:

    A lien shall be considered to impair an exemption to the extent that the sum of—
    (i)     the lien;
    (ii)    all other liens on the property; and
    (iii)   the amount of the exemption that the debtor could claim if
    there   were no liens on the property;
    exceeds the value that the debtor's interest in the property would have in the absence of any liens.

    11 U.S.C. § 522(f)(2)(A). Section 522(f)(2)(B) provides that "[i]n the case of a property subject to more than 1 lien, a lien that has been avoided shall not be considered in making the calculation under subparagraph (a) with respect to other liens."

8.  Following the formula set forth in § 522(f)(2)(A) for determining whether a lien impairs an exemption, the Debtor:

    | | |
    |---|---:|
    | Add the lien being tested for avoidance: | $ 6,908.60 |
    | Add all other senior liens: | $ 357,991.60 |
    | Add the maximum exemption allowable in the absence of liens: | $ 500,000.00 |
    | Totaling | $ 864,900.20 |

    *Then*, from this total sum,

    | | |
    |---|---:|
    | Subtracts the value of the Property absent any liens: | $ 520,520.00 |
    | To determine the extent of the impairment: | $ 344,380.20 |

9.  Since the extent of the impairment of the exemption, $344,380.20 exceeds the entire value of Midland Funding's lien, $6,908.60, the entire lien is avoidable.

WHEREFORE, the Debtor respectfully requests that this Court enter an order (A) avoiding the judicial lien held by Midland Funding on the Property in the amount of $6,908.60, and (B) granting such other relief as is fair and equitable.

Dated:  June 1, 2015

Respectfully Submitted,
Anthony G. Catanzano
By His Attorney,

/s/ Barry C. Richmond
Barry C. Richmond
BBO #419360
210 Washington Street
Woburn, MA  01801
(781) 935-2143
richmondlaw@hotmail.com

## CERTIFICATE OF SERVICE

I, Barry C. Richmond, hereby certify that on June 1, 2015, I electronically filed a Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(F)(2) and served same electronically to the CM/ECF participants listed below and by first class prepaid postage to the attached parties.

John Fitzgerald, Trustee

Harold B. Murphy, Chapter 7 Trustee

Dated:  June 1, 2015

/s/ Barry C. Richmond
Barry C. Richmond
Law Office of Barry C. Richmond
210 Washington Street
Woburn, MA  01801
BBO# 419360
(781) 935-2143
richmondlaw@hotmail.com

Bank Of America
PO Box 982235
El Paso, TX  79998


Chase Auto Loan
PO Box 901076
Ft Worth, TX  76101


Chase Bank USA
PO Box 15298
Wilmington, DE  19850


Chase Bank USA
C/O Midland Funding
8875 Aero Dr., Ste 200
San Diego, CA  92123


Commerce Insurance
C/O Associated Credit Services
PO Box 5171
Westborough, MA  01581


Credit First NA/Firestone
PO Box 81083
Cleveland, OH  44181


Discover Financial Services
PO Box 15316
Wilmington, DE  19850


Eastern Propane
131 Water Street
Danvers, MA  01923

Excel Orthopedic Specialist
C/O Lamont Hanley & Associates
1138 Elm Street
Manchester, NH   03101


Express Scripts
PO Box 66580
St Louis, MO   63166


Federal Loan Servicing Credit
PO Box 60610
Harrisburg, PA   17106


Financial Management Service
PO Box 830794
Birmingham, AL   35283


Green Tree
PO Box 6172
Rapid City, SD   57709


Home Depot
PO Box 182676
Columbus, OH   43218


Kohl's
PO Box 3004
Milwaukee, WI   53201


Lowes
PO Box 965005
Orlando, FL   32896

Lowes
C/O Portfolio Recovery Associates
120 Corporate Blvd., Ste 100
Norfolk, VA   23502


Macy's
PO Box 8218
Mason, OH   45040


Metro Credit Union
C/O Law Office Of Jay P Johnson
2 First Ave, Suite 114
Peabody, MA   01960


Metropolitan Credit Union
200 Revere Beach Parkway
Chelsea, MA   02150


Nissan-Infiniti LT
8900 Freeport Parkway
Irving, TX   75063


North Atlantic Medical Services
125 Tolman Ave
Leominister, MA   01453


Small Business Administration
801 Tom Martin Drive, Suite 201
Birmingham, AL   35211


Southwest Credit Systems-Comcast
4120 International Parkway #1100
Carrollton, TX   75007

T-Mobile
PO Box 742596
Cincinnati, OH   45274

TD Bank
PO Box 219
Lewiston, ME   04243

The Medical Security Program
PO Box 859251
Braintree, MA   02185

TJ Maxx
PO Box 965005
Orlando, FL   32896

Winchester Hospital
700 Longwater Drive
Norwell, MA   02061

Winchester Physicians Associates
PO Box 760
Winchester, MA   01890

**Comparative Market Analysis**

To establish market value of

**20 Grace Drive**
**Wilmington , Ma**

**Prepared for Anthony Catanzano**
**By Ann Olivo & Chris Moore**

**Contents of this
Comparative Market Analysis
Prepared for Anthony Catanzano**

- Cover Page

- Subject Property Report

- Market Analysis Summary

- Comparable Property Reports

- Side by Side Property Comparisons (3-up)

- Current/Pending Properties Graph

- Sold Properties Graph

- Pricing Analysis ($/Sq.Ft.)

**Subject Property**
**Prepared for Anthony Catanzano**

**20 Grace Drive**
**Wilmington , Ma 01887**

**Bedrooms :**
2

**Bathrooms :**
2.5

**Living Area (Square Feet) :**
2366

**Lot Size (Square Feet) :**
23513

**Year Built :**
1965

**Property Features :**

**Market Analysis Summary**
**Prepared for Anthony Catanzano**

**Properties Currently For Sale**

Number of Properties: 2
Price Range: $434,900 to $599,900
Average Price: $517,400
Median Price: $517,400

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price |
|---------|------|------|------|------|------|------|------|
| 45 High St | Wilmington, MA : North Wilmington | 4 | 2 | 0 | 2000 | 33 | $434,900 |
| 16 Allenhurst Way | Wilmington, MA | 4 | 3 | 0 | 3459 | 11 | $599,900 |

**Market Analysis Summary**
**Prepared for Anthony Catanzano**

### Properties Currently Under Contract

Number of Properties: 4
Price Range: $419,900 to $499,950
Average Price: $474,912
Median Price: $489,900

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price |
|---------|------|------|------|------|------|------|------|
| 19 Gunderson Rd | Wilmington, MA | 4 | 2 | 0 | 1536 | 27 | $419,900 |
| 10A North Street | Wilmington, MA : North Wilmington | 4 | 2 | 0 | 2860 | 61 | $489,900 |
| 11 Ella Ave | Wilmington, MA : North Wilmington | 4 | 2 | 0 | 2700 | 15 | $489,900 |
| 4 Lawrence Ct. | Wilmington, MA | 4 | 2 | 0 | 2200 | 16 | $499,950 |

**Market Analysis Summary**
**Prepared for Anthony Catanzano**

**Properties Recently Sold**

Number of Properties: 3
Price Range: $405,000 to $445,000
Average Price: $420,000
Median Price: $410,000

| Address | City | Beds | Baths Full | Half | Living Area (Square Feet) | Days on Market | List Price | Sale Price | SP% of LP |
|---------|------|------|------|------|-------------------------|----------------|-----------|-----------|-----------|
| 12 Plymouth Ave | Wilmington, MA | 4 | 2 | 0 | 1719 | 116 | $415,000 | $405,000 | 98% |
| 1 Clyde Ave | Wilmington, MA | 4 | 2 | 0 | 2240 | 40 | $399,900 | $410,000 | 103% |
| 294 Middlesex Ave | Wilmington, MA | 4 | 1 | 1 | 2019 | 114 | $469,900 | $445,000 | 95% |

**Property Descriptions**
**Prepared for Anthony Catanzano**

**45 HIGH ST**
**Wilmington, MA 01   7**
**Single Family**

MLS #: **71822647**

Status: **Contingent - Pending P&S**

List Price: **$434,900**
List Date: **4/23/2015**
Area: **North Wilmington**
List$/SqFt: **$217.45**
Days on Market (Total): **33**

Off Market Date:

Days on Market (Office): **33**



## Property Features

Rooms: **8**
Bedrooms: **4**
Baths: **2f 0h**
Master Bath: **No**
Fireplaces: **1**
Year Built: **1978**
Color: **Beige**
Parking: **4   Off-Street, Tandem, Paved Driveway**
Handicap Access/Features: **No**

Style: **Colonial**
Type: **Detached**
Apprx Acres: **0.48**
Apprx Lot Size: **21000 sq.ft.**
Apprx Living Area: **2000 sq.ft.**
Foundation Size: **25x40 (Poured Concrete)**
Garage: **0   --**

## Remarks

North Wilmington - Beautiful 2,000sf COLONIAL conveniently located just minutes to Rt 93 & WALK to Commuter Rail. Lovingly maintained & MUCH LARGER than it looks. This 8rm, 4bdrm home shows its pride inside & out! Brick & vinyl exterior highlights the personality of this home, stroll to the backyard and enjoy the bluestone patio and the enclosed screen porch. Updated eat-in kitchen boasts GRANITE COUNTERS & BREAKFAST BAR, tile flooring & recessed lights. Kitchen overlooks the inviting famrm & fireplace w/blower. Formal dinrm w/wood flooring and large formal livrm. 2nd floor offers 4!! bedrooms & another bath (newly updated). MBR is 21' x11 & has access to bathroom. So many updates here, newer roof, septic system, Harvey windows, central air, 200 amp electrical & B-Dry basement system.... to name a few. Check this home off your list and come see it!!

## Tax Information

| 2015 Taxes: **$5200** | Assessment: **$386,600** | Cert: | Zoning Code: **Res** |
|---|---|---|---|
| Pin #: | | Map:   Block:   Lot:   Book: **04626**   Page: **0297** | |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

**Property Descriptions**
**Prepared for Anthony Catanzano**

**16 Allenhurst Way**
**Wilmington, MA  01887**
**Single Family**

| | |
|---|---|
| MLS #: **71838135** | Status: **Active** |
| List Price: **$599,900** | |
| List Date: **5/15/2015** | |
| Area: | Off Market Date: |
| List$/SqFt: **$173.43** | |
| Days on Market (Total): **11** | Days on Market (Office): **11** |



**Property Features**

| | |
|---|---|
| Rooms: **10** | Style: **Cape, Contemporary** |
| Bedrooms: **4** | Type: **Detached** |
| Baths: **3f 0h** | Apprx Acres: **0.81** |
| Master Bath: **Yes** | Apprx Lot Size: **35445 sq.ft.** |
| Fireplaces: **1** | Apprx Living Area: **3459 sq.ft.** |
| Year Built: **1990** | Foundation Size: **50 x 24 (Poured Concrete)** |
| Color: **Grey** | Garage: **0**  -- |
| Parking: **6**   **Paved Driveway** | |
| Handicap Access/Features: | |

**Remarks**

Gorgeous, Unique & Meticulously maintained 4 bedroom Cape Cod Contemporary located toward the end of this popular cul de sac neighborhood. Finished lower level offering in law potential with permitted eat in granite kitchen, full bath & more! The main living area boasts a fabulous open concept floor plan with designer kitchen w' granite, stainless & granite island, gleaming hardwood floors throughout, family room w/bar and 3 full updated bathrooms. The list of updates is long and includes newer roof, stainless appliances, hardwood flooring, custom closets, updated granite baths, hot water heater, sealed driveway, alarm system, and irrigation... If you're looking for a turn key move in condition home with in-law potential look no further! Commuters dream just minutes to all major highways. 4 bedroom Title V approved! Enjoy coffee and a good book on the expansive and private deck - there's nothing to do here but move in and enjoy all this one of a kind home has to offer! Easy to show!

**Tax Information**

| | | | | | |
|---|---|---|---|---|---|
| 2015  Taxes: **$7364.63** | Assessment: **$512,500** | | Cert: | Zoning Code: **R20** | |
| Pin #: | | | Map: | Block:  Lot: | Book: **25867**  Page: **0240** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

**Property Descriptions**
**Prepared for Anthony Catanzano**

**19 Gunderson Rd**
**Wilmington, MA  01887-1546**
**Single Family**



| | |
|---|---|
| MLS #: **71821275** | Status: **Under Agreement** |
| List Price: **$419,900** | |
| List Date: **4/21/2015** | Ant. Sale Date: **6/29/2015** |
| Area: | Off Market Date: **4/28/2015** |
| List$/SqFt: **$273.37** | |
| Days on Market (Total): **27** | Days on Market (Office): **27** |

**Property Features**

| | |
|---|---|
| Rooms: **8** | Style: **Cape** |
| Bedrooms: **4** | Type: **Detached** |
| Baths: **2f 0h** | Apprx Acres: **0.23** |
| Master Bath: | Apprx Lot Size: **10000 sq.ft.** |
| Fireplaces: **1** | Apprx Living Area: **1536 sq.ft.** |
| Year Built: **1950** | Foundation Size: **(Poured Concrete, Concrete Block)** |
| Color: **yellow** | Garage: **0** -- |
| Parking: **4  Off-Street, Paved Driveway** | |
| Handicap Access/Features: | |

**Remarks**

Move right in to this charming 4 bed / 2 bath cape and start enjoying all this beauty has to offer. Newly remodeled kitchen, large enough for all your guests, boasts granite countertops, stainless steel appliances and an island, complete with wall oven, cooktop range and a powered downdraft vent hood that is hidden when not in use. The flow from kitchen to living room gives this home that warm, inviting open concept feel. One bedroom on main level and 3 more upstairs. Large walk in closets and charming built-ins help make the master bedrm the perfect retreat for any owner. Both baths have been remodeled so all the work has been done for you. Partially finished basement is the perfect playroom, teenage getaway or office space - great for whatever your needs are. Large deck overlooks the gorgeous, oversized level, fenced in yard. Storage shed helps keep all your lawn equipment convenient but out of sight. Enjoy the convenience of school bus stop right out your door.

**Tax Information**

| | | |
|---|---|---|
| 2014 Taxes: **$4504**  Assessment: **$316,300** | Cert:   Zoning Code: **Res** | |
| Pin #: **M:0094 L:0000 P:0050** | Map:   Block:  Lot:   Book: **11477**  Page: **21** | |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

## Property Descriptions
### Prepared for Anthony Catanzano

**10A North Street**
**Wilmington, MA  01887**
**Single Family**

MLS #: **71793144**          Status: **Under Agreement**
List Price: **$489,900**
List Date: **2/18/2015**     Ant. Sale Date: **6/8/2015**
Area: **North Wilmington**   Off Market Date: **4/20/2015**
List$/SqFt: **171.29**
Days on Market (Total): **61** Days on Market (Office): **61**
Neighborhood/Sub-Division: **North Wilmington**



### Property Features

| | |
|---|---|
| Rooms: **11** | Style: **Split Entry, Multi-Level** |
| Bedrooms: **4** | Type: **Detached** |
| Baths: **2f 0h** | Apprx Acres: **0.74** |
| Master Bath: | Apprx Lot Size: **32216 sq.ft.** |
| Fireplaces: **1** | Apprx Living Area: **2860 sq.ft.** |
| Year Built: **1977** | Foundation Size: **66x24+2 (Poured Concrete)** |
| Color: **Beige** | Garage: **2   Attached, Under, Garage Door Opener** |
| Parking: **6   Off-Street** | |
| Handicap Access/Features: | |

### Remarks

**Meticulous Inside & Out ~ Tastefully expanded by its One & only Owners! Desirable North Wilmington location, set on the lot you've dreamed of ~ spacious, level & completely fenced yard with a 24' x 8' Patio. Potential in-law solution with over garage addition (2000) featuring soaring cathedral & vaulted ceilings, skylights, recessed lights & private laundry. Tall Maple cabinetry, stylish tile backsplash, center-island kitchen — perfect set up extended family, au pair, etc. Main house features a spacious kitchen wi/updated appliances & ample cabinetry including floor /ceiling pantry cabinets. Two rooms in lower level include Fireplaced family room & sprawling Game room & there's still plenty of storage space. Updated electric, maintenance free gutters, two car garage with newer insulated doors plus well done *generator hook up & housing. Title V apprvd Close to train station (1/4 mi) & Route 93 (1/2 mi). See highlight sheet on line & at property.**

### Tax Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **2014** Taxes: **$6504** | Assessment: **$456,800** | | Cert: | Zoning Code: **Res** | | |
| Pin #: | | | Map: | Block:   Lot: | Book: **02254** | Page: **0611** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

**Property Descriptions**
**Prepared for Anthony Catanzano**

**11 ELLA AVE**
**Wilmington, MA  01887**
**Single Family**

| | |
|---|---|
| MLS #: **71807064** | Status: **Under Agreement** |
| List Price: **$489,900** | |
| List Date: **3/26/2015** | Ant. Sale Date: **6/3/2015** |
| Area: **North Wilmington** | Off Market Date: **4/10/2015** |
| List$/SqFt: **$181.44** | |
| Days on Market (Total): **15** | Days on Market (Office): **15** |



**Property Features**

| | |
|---|---|
| Rooms: **10** | Style: **Colonial, Gambrel /Dutch** |
| Bedrooms: **4** | Type: **Detached** |
| Baths: **2f 0h** | Apprx Acres: **0.52** |
| Master Bath: **No** | Apprx Lot Size: **22500 sq.ft.** |
| Fireplaces: **1** | Apprx Living Area: **2700 sq.ft.** |
| Year Built: **1973** | Foundation Size: **irreg (Poured Concrete)** |
| Color: **Mauve** | Garage: **1   Attached, Side Entry** |
| Parking: **5   Off-Street, Paved Driveway** | |
| Handicap Access/Features: **No** | |

**Remarks**

**MULTIPLE OFFER NOTIFICATION! YOU'VE WAITED AND NOW YOU'RE REWARDED!! This HIGHLY COVETED, No. Wilm tree lined neighborhood features this STUNNING 10 room center entrance Gambrel Colonial boasting SLEEK, CLEAN LINES, FINISHES & QUALITY UPGRADES. The living space balances a family and entertaining lifestyle effortlessly. LIGHT & SPARKLING kitchen offers an abundance of cabinets and wonderful island featuring storage space and eating area. Formal dining room and living room are large enough to entertain and highlighted by beautiful hardwood flooring. 1st fl fireplaced FAMILY ROOM offers a relaxing retreat and is open to the cathedral sunroom. 4 nicely sized 2nd fl bedrooms all with good closet space and, again, great hardwood flooring. Venture down to the HUGE playroom/family room in the lower level...it's bright, has FLOR carpet design squares and is ready to enjoy. AND FINALLY.....the 1/2 ac lot has a fabulous BUILT-IN POOL area offering a FAMILY & ENTERTAINING OASIS.**

**Tax Information**

| | | | | | |
|---|---|---|---|---|---|
| **2015** Taxes: **$6092** | Assessment: **$423,900** | Cert: | Zoning Code: **Res** | | |
| Pin #: | | Map: | Block: | Lot: | Book: **20866**  Page: **90** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

**Property Descriptions**
**Prepared for Anthony Catanzano**

**4 Lawrence Ct.**
**Wilmington, MA  01887**
**Single Family**



MLS #: **71816913**           Status: **Under Agreement**
List Price: **$499,950**
List Date: **4/14/2015**       Ant. Sale Date: **6/29/2015**
Area:                          Off Market Date: **4/30/2015**
List$/SqFt: **$227.25**
Days on Market (Total): **16**   Days on Market (Office): **16**

**Property Features**

Rooms: **8**                   Style: **Colonial**
Bedrooms: **4**                Type: **Detached**
Baths: **2f 0h**               Apprx Acres: **0.31**
Master Bath:                   Apprx Lot Size: **13484 sq.ft.**
Fireplaces: **0**              Apprx Living Area: **2200 sq.ft.**
Year Built: **1956**           Foundation Size: **(Poured Concrete)**
Color: **Dove Grey**           Garage: **1   Attached**
Parking: **4   Off-Street**
Handicap Access/Features:

**Remarks**

Beautifully maintained home on a quiet dead end street. Special Cedar impression siding, plenty of curb appeal, fenced in landscaped yard, garage, and impressive patio is just the beginning. The kitchen has new appliances, beverage refrigerator, granite island and countertops and opens into a beautiful living room with a faux fireplace, and large window, sun filled formal dining room, large bedroom and newly updated full bath complete the first floor. Second floor boasts a "master sized" bedroom with a custom oversized closet, two very pretty spacious bedrooms and a full bath. The finished basement has a play area and relaxation area with a door leading to the large yard. The back side of the basement has a laundry area and workshop area that's separate from the playroom. This is a tastefully updated classic colonial in mint condition, convenient to a new school and library and major highways.

**Tax Information**

**2014** Taxes: **$5189.06**   Assessment: **$364,400**      Cert:    Zoning Code: **Res.**
Pin #:                                                       Map:    Block:   Lot:   Book: **21061**   Page: **277**

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

**Property Descriptions**
**Prepared for Anthony Catanzano**

**1 Clyde Ave**
**Wilmington, MA  01887**
**Single Family**

| | | |
|---|---|---|
| MLS #: **71757530** | Status: **Sold** |  |
| List Price: **$399,900** | Sale Price: **$410,000** | |
| List Date: **10/15/2014** | Sale Date: **12/16/2014** | |
| Area: | Off Market Date: **11/24/2014** | |
| List$/SqFt: **$178.53** | Sold$/SqFt: **$183.04** | |
| Days on Market (Total): **40** | Days on Market (Office): **40** | |

**Property Features**

| | |
|---|---|
| Rooms: **9** | Style: **Cape** |
| Bedrooms: **4** | Type: **Detached** |
| Baths: **2f 0h** | Apprx Acres: **0.28** |
| Master Bath: | Apprx Lot Size: **12000 sq.ft.** |
| Fireplaces: **1** | Apprx Living Area: **2240 sq.ft.** |
| Year Built: **1940** | Foundation Size: **(Concrete Block)** |
| Color: **White** | Garage: **0   --** |
| Parking: **4   Off-Street, Paved Driveway** | |
| Handicap Access/Features: | |

**Remarks**

New, New, New! Completely renovated from top to bottom, this four bedroom-two bathroom expanded cape features an open floor plan and a new, spacious custom kitchen. This kitchen features cherry hardwood flooring, a six-foot island, white cabinets, granite countertops, and stainless steel appliances. The first floor houses a family room, dining room, full bathroom, and a master bedroom with a walk-in closet. Upstairs boasts 3 bedrooms, a full bathroom with a tiled bath/shower, an at-home office/study area, as well as conveniently located laundry. Some of the many updates include new electric, new plumbing, new roof, newer windows, new and refinished hardwood flooring, new driveway, professional landscaping, and a town sewer connection! Enjoy this quiet neighborhood in your large backyard and extra wooded lot adjacent to the house.

**Tax Information**

| | | |
|---|---|---|
| **2014** Taxes: **$4387.34** | Assessment: **$308,100** | Cert:   Zoning Code: **1-family** |
| Pin #: | | Map:   Block:   Lot:   Book: **28320**   Page: **230** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

**Property Descriptions**
**Prepared for Anthony Catanzano**

**12 Plymouth Ave**
**Wilmington, MA  01887-4103**
**Single Family**

| | |
|---|---|
| MLS #: **71733506** | Status: **Sold** |
| List Price: **$415,000** | Sale Price: **$405,000** |
| List Date: **8/22/2014** | Sale Date: **1/30/2015** |
| Area: | Off Market Date: **12/16/2014** |
| List$/SqFt: **$241.42** | Sold$/SqFt: **$235.60** |
| Days on Market (Total): **116** | Days on Market (Office): **116** |



**Property Features**

| | |
|---|---|
| Rooms: **6** | Style: **Cape** |
| Bedrooms: **4** | Type: **Detached** |
| Baths: **2f 0h** | Apprx Acres: **0.29** |
| Master Bath: **No** | Apprx Lot Size: **12738 sq.ft.** |
| Fireplaces: **0** | Apprx Living Area: **1719 sq.ft.** |
| Year Built: **1986** | Foundation Size: **38x28 (Poured Concrete)** |
| Color: **Cinnamon** | Garage: **2   Detached** |
| Parking: **3   Off-Street** | |
| Handicap Access/Features: | |

**Remarks**

Unique, oversized 18x28 custom cape. Located on cul de sac near Allen Park Drive in Wilmington. Open concept floor plan. 4 Bedrooms, 2 baths. Hardwood flooring on first floor. Extra wide hallway and doors. Large first floor master bedroom with closet. Large first floor 2nd bedroom. First floor laundry too. Second floor has two oversized bedrooms with skylights. Second floor bath with shower stall. 3 Zone Heat, 2 Zone Central Air-conditioning. Oversized detached two car Garage with large work/storage area above. Private well for watering. Great location, easy access to Route 93, 128 and the Wilmington Center commuter rail station. Partially finished basement offers expansion possibilities. Don't wait! Quick closing possible.

**Tax Information**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2014  Taxes: **$4703.47** | Assessment: **$330,300** | | | Cert: | Zoning Code: **R10** | | | |
| Pin #: | | | | Map: | Block: | Lot: | Book: **20657** | Page: **117** |

The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

**Property Descriptions**
**Prepared for Anthony Catanzano**

**294 Middlesex Ave**
**Wilmington, MA  01887-2120**
**Single Family**

| | |
|---|---|
| MLS #: **71733761** | Status: **Sold** |
| List Price: **$469,900** | Sale Price: **$445,000** |
| List Date: **8/25/2014** | Sale Date: **12/16/2014** |
| Area: | Off Market Date: **12/16/2014** |
| List$/SqFt: **$232.74** | Sold$/SqFt: **$220.41** |
| Days on Market (Total): **114** | Days on Market (Office): **114** |



**Property Features**

| | |
|---|---|
| Rooms: **8** | Style: **Colonial** |
| Bedrooms: **4** | Type: **Detached** |
| Baths: **1f 1h** | Apprx Acres: **0.6** |
| Master Bath: **No** | Apprx Lot Size: **26218 sq.ft.** |
| Fireplaces: **0** | Apprx Living Area: **2019 sq.ft.** |
| Year Built: **1915** | Foundation Size: **28x35 (Other (See Remarks))** |
| Color: **White** | Garage: **1   Detached** |
| Parking: **8   Off-Street** | |
| Handicap Access/Features: **No** | |

**Remarks**

Rare offering of an extraordinary Center Entrance Colonial. This amazing home boasts a wonderful layout of years of enjoyment! The main level features gleaming wood floors, a gracious foyer with a beautiful staircase and an open floor plan. Original period detail thoughout with updated amenities for today's lifestyle. Spacious and sunlite kitchen with breakfast bar, eat in area, tile floor and mud room entrance. Formal living room opens to oversized dining room with built-in hutch, family room and half bath complete the first floor. Second level offers four corner bedrooms and full bath. This home has a walk up attic....idea for future expansion. This private lot is absolutely gorgeous with extensive landscaping and a detached one car garage! New gas heating system and 3 year old roof

**Tax Information**

| | | | | | | |
|---|---|---|---|---|---|---|
| **2014** Taxes: **$5152** | Assessment: **$361,800** | | Cert: | Zoning Code: **res** | | |
| Pin #: **M:0079 L:0000 P:0005B** | | | Map: | Block:   Lot: | Book: **6550** | Page: **213** |

This information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.

**Property Comparisons**
**Prepared for Anthony Catanzano**

  

| | 16 Allenhurst Way<br>Wilmington, MA 01887 | 45 High St<br>Wilmington, MA 01887 | 19 Gunderson Rd<br>Wilmington, MA 01887 |
|---|---|---|---|
| MLS # | 71838135 | 71822647 | 71821275 |
| Status | Active | Contingent | Under Agreement |
| List Price | $599,900 | $434,900 | $419,900 |
| Sale Price | | | |
| List Date | 5/15/2015 | 4/23/2015 | 4/21/2015 |
| Off Market Date | | | 4/28/2015 |
| Sale Date | | | |
| Days on Market | 11 | 33 | 27 |
| Style | Cape, Contemporary | Colonial | Cape |
| Bedrooms | 4 | 4 | 4 |
| Full Baths | 3 | 2 | 2 |
| Half Baths | 0 | 0 | 0 |
| Total Rooms | 10 | 8 | 8 |
| Square Feet | 3459 | 2000 | 1536 |
| Acres | 0.81 | 0.48 | 0.23 |
| Lot Size (sq.ft.) | 35445 | 21000 | 10000 |
| Year Built | 1990 | 1978 | 1950 |
| Fireplaces | | 1 | 1 |
| Garage Spaces | 0 | 0 | 0 |
| Garage Desc | | | |
| Basement Desc | Full, Finished, Walk Out, Inte... | Full, Interior Access, Bulkhea... | Partially Finished |
| Int. Features | Security System, Cable Available | Security System, Cable Available | |
| Ext. Features | Deck, Deck - Composite, Patio,... | Porch - Screened, Patio, Stora... | Deck, Storage Shed, Fenced Yard |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | | |
| Assessed Value | $512,500 | $386,600 | $316,300 |
| Taxes | $7,364.63 | $5,200 | $4,504 |
| Tax Year | 2015 | 2015 | 2014 |

## Property Comparisons
### Prepared for Anthony Catanzano

  

| | 10A North Street Wilmington, MA 01887 | 11 Ella Ave Wilmington, MA 01887 | 4 Lawrence Ct. Wilmington, MA 01887 |
|---|---|---|---|
| MLS # | 71793144 | 71807064 | 71816913 |
| Status | Under Agreement | Under Agreement | Under Agreement |
| List Price | $489,900 | $489,900 | $499,950 |
| Sale Price | | | |
| List Date | 2/18/2015 | 3/26/2015 | 4/14/2015 |
| Off Market Date | 4/20/2015 | 4/10/2015 | 4/30/2015 |
| Sale Date | | | |
| Days on Market | 61 | 15 | 16 |
| Style | Split Entry, Multi-Level | Colonial, Gambrel /Dutch | Colonial |
| Bedrooms | 4 | 4 | 4 |
| Full Baths | 2 | 2 | 2 |
| Half Baths | 0 | 0 | 0 |
| Total Rooms | 11 | 10 | 8 |
| Square Feet | 2860 | 2700 | 2200 |
| Acres | 0.74 | 0.52 | 0.31 |
| Lot Size (sq.ft.) | 32216 | 22500 | 13484 |
| Year Built | 1977 | 1973 | 1956 |
| Fireplaces | 1 | 1 | 0 |
| Garage Spaces | 2 | 1 | 1 |
| Garage Desc | Attached, Under, Garage Door O... | Attached, Side Entry | Attached |
| Basement Desc | Full, Finished, Walk Out, Inte... | Full, Finished, Interior Acces... | Full, Partially Finished, Walk... |
| Int. Features | Central Vacuum, Cable Available | Cable Available | |
| Ext. Features | Patio, Gutters, Storage Shed,... | Patio, Pool - Inground, Gutter... | Porch, Patio, Storage Shed, Sp... |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | | | |
| Assessed Value | $456,800 | $423,900 | $364,400 |
| Taxes | $6,504 | $6,092 | $5,189.06 |
| Tax Year | 2014 | 2015 | 2014 |

**Property Comparisons**
**Prepared for Anthony Catanzano**

  

| | 1 Clyde Ave Wilmington, MA 01887 | 12 Plymouth Ave Wilmington, MA 01887 | 294 Middlesex Ave Wilmington, MA 01887 |
|---|---|---|---|
| MLS # | 71757530 | 71733506 | 71733761 |
| Status | Sold | Sold | Sold |
| List Price | $399,900 | $415,000 | $469,900 |
| Sale Price | $410,000 | $405,000 | $445,000 |
| List Date | 10/15/2014 | 8/22/2014 | 8/25/2014 |
| Off Market Date | 11/24/2014 | 12/16/2014 | 12/16/2014 |
| Sale Date | 12/16/2014 | 1/30/2015 | 12/16/2014 |
| Days on Market | 40 | 116 | 114 |
| Style | Cape | Cape | Colonial |
| Bedrooms | 4 | 4 | 4 |
| Full Baths | 2 | 2 | 1 |
| Half Baths | 0 | 0 | 1 |
| Total Rooms | 9 | 6 | 8 |
| Square Feet | 2240 | 1719 | 2019 |
| Acres | 0.28 | 0.29 | 0.6 |
| Lot Size (sq.ft.) | 12000 | 12738 | 26218 |
| Year Built | 1940 | 1986 | 1915 |
| Fireplaces | 1 | 0 | 0 |
| Garage Spaces | 0 | 2 | 1 |
| Garage Desc | | Detached | Detached |
| Basement Desc | Walk Out, Interior Access, Sum... | Partially Finished | Full |
| Int. Features | Cable Available | Cable Available | |
| Ext. Features | Storage Shed, Professional Lan... | Deck | Deck, Storage Shed, Profession... |
| Sewer & Water | | | |
| Waterfront | | | |
| Beach Desc | Lake/Pond | | |
| Assessed Value | $308,100 | $330,300 | $361,800 |
| Taxes | $4,387.34 | $4,703.47 | $5,152 |
| Tax Year | 2014 | 2014 | 2014 |

## Current/Pending Properties Graph
## Prepared for Anthony Catanzano



Original Asking Price vs. Current Price

| | Address | City | Days on Market | Original Price | Current Price |
|---|---|---|---|---|---|
| 1 | 19 Gunderson Rd | Wilmington, MA | 27 | $419,900 | $419,900 |
| 2 | 45 HIGH ST | Wilmington, MA : North Wilmington | 33 | $434,900 | $434,900 |
| 3 | 10A North Street | Wilmington, MA : North Wilmington | 61 | $499,900 | $489,900 |
| 4 | 11 ELLA AVE | Wilmington, MA : North Wilmington | 15 | $489,900 | $489,900 |
| 5 | 4 Lawrence Ct. | Wilmington, MA | 16 | $499,950 | $499,950 |
| 6 | 16 Allenhurst Way | Wilmington, MA | 11 | $599,900 | $599,900 |

**Sold Properties Graph**
**Prepared for Anthony Catanzano**



| | Address | City | Days on Market | List Price | Sale Price |
|---|---|---|---|---|---|
| 1 | 1 Clyde Ave | Wilmington, MA | 40 | $399,900 | $410,000 |
| 2 | 12 Plymouth Ave | Wilmington, MA | 116 | $415,000 | $405,000 |
| 3 | 294 Middlesex Ave | Wilmington, MA | 114 | $469,900 | $445,000 |

**Pricing Analysis - Square Foot Price**
**Prepared for Anthony Catanzano**

Number of Properties: 7
Price Range: $405,000 to $499,950
Median Price: $445,000
Median $ Per Square Foot: $220

| Address | City | Status | Square Feet | $/SqFt | Price |
|---------|------|--------|-------------|--------|-------|
| 12 Plymouth Ave | Wilmington, MA | SLD | 1719 | 236 | $405,000 |
| 1 Clyde Ave | Wilmington, MA | SLD | 2240 | 183 | $410,000 |
| 19 Gunderson Rd | Wilmington, MA | UAG | 1536 | 273 | $419,900 |
| 294 Middlesex Ave | Wilmington, MA | SLD | 2019 | 220 | $445,000 |
| 10A North Street | Wilmington, MA : North Wilmington | UAG | 2860 | 171 | $489,900 |
| 11 Ella Ave | Wilmington, MA : North Wilmington | UAG | 2700 | 181 | $489,900 |
| 4 Lawrence Ct. | Wilmington, MA | UAG | 2200 | 227 | $499,950 |

**Pricing Scenarios**

Median price of properties comparable to yours:                                    $445,000

Predicted Price of your home based on 'cost per square foot':                       $ 520,520
Based on your property's square footage of **2366** and the median cost per square foot listed above as **$220 per sqft.**

Ann Olivo and Christine Moore
"Experience the Difference"



**MLS # 71558163 – Sold**
**Single Family - Detached**

| | |
|---|---|
| 7 Grace Drive | List Price: **$429,900** |
| Wilmington, MA 01887 | Sale Price: **$419,000** |
| Middlesex County | |
| Style: **Colonial** | Total Rooms: **3** |
| Color: **tan** | Bedrooms: **3** |
| Grade School: **Shawsheen** | Bathrooms: **1f 1h** |
| Middle School: | Master Bath: **No** |
| High School: | Fireplaces: **1** |
| Handicap Access/Features: | |
| Directions: **Shawsheen Ave.(Rte 129) to Grace Dr.** | |

## Remarks

If you're looking for the next best thing to a new home in Wilmington under $450K, this is it! This 3 bedroom, 1.5 bath colonial has been completely remodeled/renovated throughout. Living room with hardwood floors and fireplace. All new windows and siding. Detached 2-car garage, open concept first floor and much more! Located in an established neighborhood within minutes to Shawsheen Elementary, shopping and major highways.

## Property Information

| | | |
|---|---|---|
| Approx. Living Area: 1400 sq. ft. | Approx. Acres: 0.65 (28400 sq. ft.) | Garage Spaces: 2 Detached, Garage Door Opener |
| Living Area Includes: | Heat Zones: 1 Hot Water Baseboard, Oil | Parking Spaces: 6 Off-Street, Paved Driveway |
| Living Area Source: Owner | Cool Zones: None | Approx. Street Frontage: |
| Living Area Disclosures: | | |

Disclosures: **Seller has never lived in the property. Commission based on sale price less any concessions**

## Room Levels, Dimensions and Features

| Room | Level | Size | Features |
|---|---|---|---|
| Living Room: | 1 | | Fireplace, Flooring - Hardwood, Main Level, Cable Hookup |
| Dining Room: | 1 | | Flooring - Hardwood, Balcony / Deck, Main Level, Deck - Exterior |
| Kitchen: | 1 | | Flooring - Stone/Ceramic Tile, Main Level, Kitchen Island, Cabinets - Upgraded, Exterior Access, Stainless Steel Appliances |
| Master Bedroom: | 2 | | Closet, Flooring - Hardwood, Cable Hookup |
| Bedroom 2: | 2 | | Closet, Flooring - Hardwood |
| Bedroom 3: | 2 | | Closet, Flooring - Hardwood |
| Bath 1: | 1 | | Bathroom - Half, Flooring - Stone/Ceramic Tile, Main Level |
| Bath 2: | 2 | | Bathroom - Full, Bathroom - Tiled With Tub & Shower, Flooring - Stone/Ceramic Tile |
| Laundry: | B | | — |

## Features

**Appliances: Range, Dishwasher, Microwave**
**Area Amenities: Public Transportation, Shopping, Medical Facility, Highway Access, House of Worship, Public School, T-Station**
**Basement: Yes Full, Concrete Floor**
Beach: No
**Construction: Frame**
**Electric: Circuit Breakers**
**Energy Features: Insulated Windows, Insulated Doors**
**Exterior: Vinyl**
**Exterior Features: Porch, Deck**
**Flooring: Tile, Hardwood**
**Foundation Size: 28 x 24**
**Foundation Description: Poured Concrete**
**Hot Water: Oil, Electric**
**Insulation: Full, Fiberglass**
**Interior Features: Cable Available**
**Lot Description: Corner, Paved Drive**
**Road Type: Public, Paved, Publicly Maint., Cul-De-Sac**
**Roof Material: Asphalt/Fiberglass Shingles**
**Sewer Utilities: Private Sewerage - Title 5: Certificate of Compliance**
**Utility Connections: for Electric Range**
**Water Utilities: City/Town Water**
Waterfront: No
Water View: No , —

### Other Property Info

Adult Community: **No**
Disclosure Declaration: **No**
Exclusions:
Home Own Assn: **No**
Lead Paint: **None**
UFFI: **No** Warranty Features: **Yes**
Year Built: **1965** Source: **Builder**
Year Built Description: **Actual, Renovated Since**
Year Round:
Short Sale w/Lndr.App.Req: **No**
Lender Owned: **No**

### Tax Information

Pin #:
Assessed: **$302,200**
Tax: **$3669** Tax Year: **2013**
Book: **26860** Page: **142**
Cert:
Zoning Code: **res**
Map: Block: Lot:

## Office/Agent Information

Listing Office: **Fudge Properties**    **(978) 658-7300 Ext. 101**
Listing Agent: **Nancy Fudge**    **(978) 758-0521**
Town Member:
Sale Office: **Boardwalk Real Estate**    **(781) 944-7820 Ext. 237**
Sale Agent: **Herbert Spinney**    **(781) 249-5690**
Listing Agreement Type: **Exclusive Right to Sell**
Entry Only: No
Showing: Sub-Agent: **Sub-Agency Relationship Not Offered**
Showing: Buyer-Agent: **Call List Office, Lock Box, Appointment Required, Sign, Call ShowingTime at 888-627-2775**
Showing: Facilitator: **Call List Office, Lock Box, Appointment Required, Sign, Call ShowingTime at 888-627-2775**
Special Showing Instructions:

**Compensation**
Sub-Agent: **Not Offered**
Buyer Agent: **2**
Facilitator: **2**
Compensation Based On: **—**

## Market Information

Listing Date: 7/20/2013
Days on Market: Property has been on the market for a total of 143 day(s)
Expiration Date:
Original Price: $429,900
Off Market Date: 9/26/2013
Sale Date: 10/31/2013
Sale Price: $419,000
Offer Date: 9/13/2013    Days to Offer: 55

Listing Market Time: MLS# has been on for 68 day(s)
Office Market Time: Office has listed this property for 143 day(s)
Cash Paid for Upgrades:
Seller Concessions at Closing:
Financing: **Conv. Fixed**







The information in this listing was gathered from third party sources including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information. Content ©2015 MLS Property Information Network, Inc.