**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re   Anthony G Catanzano | Chapter: 7 |
|  | Case No: 15−10626 |
| Debtor | Judge Joan N. Feeney |

**ORDER DISCHARGING TRUSTEE**
**AND CLOSING CASE**

It is hereby **ORDERED** that Harold B. Murphy, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:7/9/15                                                                                          By the Court,

                                                                                                              Joan N. Feeney
                                                                                                              U.S. Bankruptcy Judge